UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:24-cr-105

vs.

CAYLAN BUTCHER,                    District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA (Doc. No. 18); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 18) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with Possession of Child Pornography, with a prior conviction under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

        **IT IS SO ORDERED.**

        March 21, 2025                                                   s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge